IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RATES TECHNOLOGY INC., <br><br> Plaintiff, <br> v. <br><br> PRIMUS TELECOMMUNICATIONS, INC., and PRIMUS TELECOMMUNICATIONS GROUP, INC., <br><br> Defendants. | Civil Action No. _____ <br><br><br><br> JURY TRIAL REQUESTED |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Plaintiff Rates Technology Inc. submits the following in accordance with Federal Rule of Civil Procedure 7.1: Rates Technology Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: July 16, 2007.

By: /s/ Mary B. Matterer
Mary B. Matterer (#2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
302.888.6800
mmatterer@morrisjames.com

OF COUNSEL:

James B. Hicks
HICKS | PARK LLP
824 Wilshire Blvd., Suite 300
Los Angeles, California 90017
Tel.: (213) 612-0007
jhicks@hicksparklaw.com

Attorneys for Plaintiff
RATES TECHNOLOGY INC.

1590626/1