IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RATES TECHNOLOGY INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C. A. No. 07-441-JJF |
| v. | ) | |
| | ) | |
| PRIMUS TELECOMMUNICATIONS INC. and | ) | |
| PRIMUS TELECOMMUNICATIONS GROUP | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the

admission pro hac vice of James L. Quarles III, James M. Dowd, Monya M. Bunch and Nina S.

Tallon, to represent Defendants Primus Telecommunications Inc. and Primus

Telecommunications Group Inc. in these matters.

_____

Of Counsel:
James L. Quarles III
James M. Dowd
Monya Bunch
Nina S. Tallon
WilmerHale
1875 Pennsylvania Avenue, NW
Washington, DE 20006
202-663-6000

Monica Grewal
WilmerHale
60 State Street
Boston, MA 02109
617-526-6000

Dated: September 19, 2007

Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

*Attorneys for Defendants Primus*
*Telecommunications Inc. and Primus*
*Telecommunications Group Inc.*

IT IS HEREBY ORDERED counsel's motion for admission <u>pro</u> <u>hac</u> <u>vice</u> is granted.


Dated: _____          _____
                                              United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing in good standing as a member of the Bars of the District of Columbia, Massachusetts, Maryland, and Virginia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

_____
James L. Quarles III
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
202-663-6000

Dated: Sept 18, 2007

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing in good standing as a member of the Bars of the District of Columbia and Virginia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

James M. Dowd
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
202-663-6000

Dated: Sept. 18, 2007

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing in good standing as a member of the Bars of the District of Columbia and New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Monya M. Bunch
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
202-663-6000

Dated: _Sept. 18, 2007_

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing in good standing as a member of the Bars of the District of Columbia and Massachusetts, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Nina S. Tallon
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
202-663-6000

Dated: Sept. 18, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2007, I electronically filed the foregoing with the

Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and

which has also been served as noted:

### BY HAND

Mary Matterer
Morris James LLP
500 Delaware Avenue, Suite 1500
P. O. Box 2306
Wilmington, DE   19899-2306


Frederick L. Cottrell, III (#2555)
cottrell@rlf.com