IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RATES TECHNOLOGY INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C. A. No. 07-441-JJF |
| v. | ) |
| | ) |
| PRIMUS TELECOMMUNICATIONS, INC. and | ) |
| PRIMUS TELECOMMUNICATIONS GROUP, | ) |
| INCORPORATED, | ) |
| | ) |
| Defendants. | ) |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by the parties, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that all claims in the above-captioned action are hereby dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated: October 1, 2007

| | |
|---|---|
| | *Mary B. Matterer* |
| Of Counsel: | Mary B. Matterer (#2696) |
| James B. Hicks | MORRIS JAMES LLP |
| | 500 Delaware Avenue, Suite 1500 |
| HICKS PARK LLP | Wilmington, Delaware 19801 |
| 824 Wilshire Blvd., Suite 300 | 302-888-6800 |
| Los Angeles, California 90017 | mmatterer@morrisjames.com |
| 213-612-0007 | |
| jhicks@hicksparklaw.com | *Attorneys for Plaintiff Rates Technology Inc.* |

| | |
|---|---|
| Of Counsel:<br>James L. Quarles III<br>James M. Dowd<br><br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC  20006<br>202-663-6000 | *Frederick L. Cottrell, III*<br>Frederick L. Cottrell, III (#2555)<br>Cottrell@rlf.com<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, Delaware 19899<br>(302) 651-7700<br><br>*Attorneys for Defendants Primus Telecommunications, Inc. and Primus Telecommunications Group, Incorporated* |

SO ORDERED this ___ day of October, 2007.

_____
The Honorable Joseph J. Farnan, Jr.
United States District Judge